The People of the State of Illinois, defendant in error, v. Michael Clifford, plaintiff in error. Gen. No. 25,647.

Conviction on charge of assault. Error to the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed and remanded. Opinion filed November 30, 1920.

Charles E. Erbstein and Cameron Latter, for plaintiff in error. Maclay Hoyne and Edward E. Wilson, for defendant in error.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Martha C. Gunterberg, appellee, v. Marshall Field & Company, appellant. Gen. No. 25,683.

Action to recover for breach of warranty of food served. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. H. Sterling Pomeroy, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed with finding of fact. Opinion filed November 30, 1920.

Frank P. Leffingwell, for appellant. George E. Gorman, for appellee.

. Mr. Presiding Justice Barnes delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Moses Haber, appellee, v. Joseph Kucik, commissioner of buildings of town of Cicero, appellant. Gen. No. 26,025.

Mandamus to compel commissioner of buildings to approve certain plans. Writ granted. Appeal from the Circuit Court of Cook county; the Hon. Charles M. Walker, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed and remanded. Opinion filed November 30, 1920.

Edward J. Carmody and Sabath, Stafford & Sabath, for appellant; Edward J. Carmody and Thomas M. Zasadil, Jr., of counsel. No appearance for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Rockwell Lime Company, plaintiff and appellee, v. John Frlicka et al., defendants, on appeal of John Frlicka and Marie Frlicka, appellants. Gen. No. 25,511.

Assumpsit to recover for labor and material. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. Harry C. Stuttle, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed and remanded. Opinion filed November 30, 1920.

Joseph C. Pisha and Ewart Harris, for appellants. No appearance for appellee.

Mr. Justice Gridley delivered the opinion of the court.